**James Allen MARTIN, Appellant,**

v.

**Dennis BENSON; Steve Youngs; Scott Giannini, Appellees.**

No. 10–2874.

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 3, 2011.

Filed: Feb. 8, 2011.

James Allen Martin, Moose Lake, MN, pro se.

Sarah Ann McGee, Attorney General's Office, St. Paul, MN, for Appellees.

1. The Honorable David S. Doty, United States District Judge for the District of Minnesota, adopting the report and recommendations of

Before WOLLMAN, BOWMAN, and SMITH, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

James Allen Martin appeals the adverse grant of summary judgment by the District Court[1] in this 42 U.S.C. § 1983 action. Upon careful *de novo* review, *see Davis v. Hall*, 375 F.3d 703, 711 (8th Cir. 2004), we conclude that summary judgment was proper for the reasons stated by the District Court. Accordingly, we affirm. *See* 8th Cir. R. 47B.

the Honorable Raymond L. Erickson, United States Magistrate Judge for the District of Minnesota.